UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMUEL FRATTO III AND JAMES JOHANNEMANN,    Case No.: 24-CV-00053
AS TRUSTEES OF I.B.E.W. LOCAL 363 PENSION
FUND, WELFARE FUND, MONEY PURCHASE
PENSION FUND, et al.

         Plaintiffs,

-against-

MAYWOOD ELECTRICAL CO., INC. and
THOMAS CARLUCCI,

         Defendants.

and

MAYWOOD ELECTRICAL CO., INC.,

         Defendant and Third-Party Plaintiff,

-against-

KEY CONSTRUCTION SERVICES, LLC,

         Third-Party Defendant.

## ORDER FOR COURT MEDIATION AND MODIFYING THE SCHEDULING ORDER

1. In accordance with the direction of the Court dated August 12, 2024, the parties have conferred regarding court mediation and the modification of the current scheduling order, and have agreed as follows:

2. The parties are desirous to proceed to court mediation which shall occur within 60 days from the date of this order, or as early as the court schedule can accommodate.

3. Within two weeks from the date of this order, the parties shall email informal requests for discovery they need to proceed with court mediation.

4. Within two weeks thereafter, the parties shall produce the requested documentation subject to the limitations of the Federal Rules, etc.

5. Each date set forth in the current scheduling order shall be postponed sixty (60) days.

DONE AND ORDERED in Chambers in White Plains, New York, this 21st day of August, 2024.

*Andrew Krause*

_____
HON. ANDREW E. KRAUSE
UNITED STATES MAGISTRATE JUDGE