UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SAMUEL FRATTO, III and
JAMES JOHANNEMANN, as Trustees of
I.B.E.W. LOCAL 363 PENSION FUND,
WELFARE FUND, MONEY PURCHASE
PENSION FUND, VACATION AND PAID           **ORDER**
HOLIDAY FUND, SUPPLEMENTAL
UNEMPLOYMENT BENEFIT FUND,
LABOR MANAGEMENT COOPERATIVE              24 Civ. 53 (AEK)
FUND, and JOINT APPRENTICE TRAINING
FUND, and FRANK PERUGINO,
as President of the INTERNATIONAL
BROTHERHOOD OF ELECTRICAL WORKERS,
LOCAL UNION NO. 363,

                        Plaintiffs,

      -against-

MAYWOOD ELECTRICAL CO., INC., and
THOMAS CARLUCCI,

                        Defendants.

------------------------------------------------------------------X

MAYWOOD ELECTRICAL CO., INC.,

                        Third-Party Plaintiff,

      -against-

KEY CONSTRUCTION SERVICES, LLC,

                        Third Party Defendant.
------------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The Court has been informed that the remaining parties have reached a settlement in principle in this matter. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs to any party, and without prejudice to restoring the action to the Court's calendar,

2

provided the application is made within 30 days of this Order.  Any application to reopen that is filed after 30 days from the date of this Order may be denied solely on that basis.

Dated:  January 24, 2025
       White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge